FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:15 am, Dec 19, 2019
JEFFREY P. COLWELL, CLERK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Dakota

2019 JUL 17 AM 11:53
RECEIVED
U.S. MARSHAL
PIERRE, SD

United States of America
v.
Shilo Phillip Hill and
Paul William Stands For

*Defendant*

Case No. CR 19-30101-CBK

COLORADO CASE # 19-mj-00282-KLM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Shilo Phillip Hill,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Prohibited Person and False Statement.

Date: 07/16/2019

Matthew Thelen
*Issuing officer's signature*

City and state: Pierre, South Dakota

Matthew W. Thelen, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* , and the person was arrested on *(date)*
at *(city and state)* .

Date:

*Arresting officer's signature*

*Printed name and title*

cc: USM PR

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:16 am, Dec 19, 2019
JEFFREY P. COLWELL, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION




COLORADO CASE # 19-mj-00282-KLM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHILO HILL and
PAUL STANDS FOR,

Defendants.

CR 19-30101-01
-02

REDACTED INDICTMENT

POSSSESSION OF A FIREARM BY A PROHIBITED PERSON and FALSE STATEMENT

18 U.S.C. §§ 922(g)(1), 922(g)(3), 924(a)(2), 924(d), 1001(a)(2) and 28 U.S.C. § 2461(c)

The Grand Jury charges:

COUNT I

On or about the 18th day of April, 2019, in the District of South Dakota, Shilo Hill, having been knowingly convicted of a crime punishable by imprisonment for a term exceeding one year, and knowingly being an unlawful user of and addicted to a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed a firearm, to wit: a Colt Industries Firearms Division, model Trooper Mark III, .357 Magnum caliber, double-action revolver, with serial number L48256, which had been shipped and transported in interstate commerce and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3), 924(a)(2) and 924(d).

COUNT II

On or about the 18th day of April, 2019, in the District of South Dakota, Paul Stands For willfully and knowingly made a materially false, fictitious, and

fraudulent statement and representation in a matter within the jurisdiction of the Department of Justice, a department of the executive branch of the Government of the United States, by stating and representing to Federal Bureau of Investigation, Northern Plains Safe Trails Drug Enforcement Task Force Officer Jeremy Reede that the gun in the car was his, when he in fact knew this statement was not true, in violation of 18 U.S.C. § 1001(a)(2).

ASSET FORFEITURE ALLEGATION

1. The allegations contained in Count I of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3), and 924(a)(2) as set forth in Count I of this Indictment, Shilo Hill, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any ammunition involved in the commission of the offense, including, but not limited to: .357 Magnum caliber ammunition seized on or about April 18, 2019.

A TRUE BILL:

**NAME REDACTED**

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By ____________________